■ YORKTOWN TEXTILE AND TRIMMING CORP. et al. v. LONDON ASSURANCE COMPANY et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before December 5, 1961, with notice of argument for the January 1962 Term of this court, said appeal to be argued or submitted when reached. Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before December 5, 1961, with notice of argument for the January 1962 Term of this court, said appeal to be argued or submitted when reached.

■ CELIA LIEBMAN v. IRVING GREENSPAN.— Motion for an order striking out and deleting from the record on appeal plaintiff's bill of particulars granted.

■ FRANCES M. PURDY et al. v. FREDERICK A. PURDY et al.— Motion for a stay denied, with $10 costs. Motion to dismiss appeal taken from order, entered on May 22, 1961, granted. In all other respects the motion is denied.

■ ALLEN L. GRIBETZ et al. v. JOSEPH ROSENBERG et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before October 11, 1961, with notice of argument for the November 1961 Term of this court, said appeal to be argued or submitted when reached.

■ JOHN L. MENDES v. ALLSTATE INSURANCE COMPANY.— Motion to dismiss appeal granted, with $10 costs unless the appellant procures the record on appeal and appellant's points to be served and filed on or before October 11, 1961, with notice of argument for the November 1961 Term of this court, said appeal to be argued or submitted when reached.

■ THERESA SEABORN et al. v. MANHATTAN CENTER, INC.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before October 26, 1961, with notice of argument for November 8, 1961, said appeal to be argued or submitted when reached.

■ SIGMUND POLLACK, Doing Business as AMERICAN PATENT & TRADE-MARK BUREAU v. NEW YORK TELEPHONE COMPANY et al.— Motion for an enlargement of time granted insofar as to extend the time for plaintiff-appellant to procure the record on appeal and appellant's points to be served and filed to and including October 11, 1961 with notice of argument for the November 1961 Term of this court, said appeal to be argued or submitted when reached. If the appellant fails to comply with the condition imposed, the respondents may enter an order dismissing the appeal, without notice to the appellant.

■ In the Matter of SIDNEY AMKRAUT v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles of the State of New York.— Motion to dispense with printing denied with leave to renew on a proper affidavit of merit and upon a complete financial disclosure. Motion to produce document denied.

■ JOHN J. REYNOLDS, INC. v. SEEMAN BROTHERS, INC.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before October 11, 1961, with notice of argument for October 24, 1961, said appeal to be argued or submitted when reached.

■ In the Matter of JOSEPHINE FRANCO et al. v. NEW YORK STATE LIQUOR AUTHORITY.— Motion to dismiss proceeding granted, with $10 costs.

■ In the Matter of LITERARY ROUND TABLE ASSOCIATION INC. v. NEW YORK STATE LIQUOR AUTHORITY.— Motion to dismiss proceeding granted, with $10 costs.